UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAUL SANTANA,<br><br>Defendant. | 12-CR-790-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se application for compassionate release from defendant Raul Santana. Dkt. 160. The Court directs the Government to respond by Friday, September 2, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 10, 2022
New York, New York