

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States v. Raul Santana*, 12 Cr. 790 (PAE)

Dear Judge Engelmayer,

    The Government writes to respectfully request an extension until January 17, 2023 to respond to defendant Raul Santana's *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned case. This matter was recently reassigned to the undersigned Assistant United States Attorney and, accordingly, the Government respectfully requests additional time to obtain and review records in order to determine the Government's position with regard to this matter.

                            Respectfully,

                            DAMIAN WILLIAMS
                            United States Attorney

by: _____
                            Katherine Cheng
                            Assistant United States Attorney
                            (212) 637-2492

cc: Raul Santana, *Pro Se* (by certified mail)

## AFFIRMATION OF SERVICE

I, Katherine Cheng, affirm under penalty of perjury as follows:

1. I am an Assistant United States Attorney in the Southern District of New York.

2. On January 3, 2023, I caused a copy of the foregoing to be served on the defendant via U.S. mail at the following address:

> Raul Santana
> Reg No. 33469-054
> FCI Fort Dix
> P.O. Box 2000
> Joint Base MDL, NJ 08640

Dated: New York, New York
        January 3, 2023

*s/ Katherine Cheng*
Katherine Cheng
Assistant United States Attorney

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 165.

SO ORDERED.                    1/4/2023

PAUL A. ENGELMAYER
United States District Judge