UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RAUL SANTANA,

Defendant.

12-CR-790-01 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* letter, filed on February 15, 2024, requesting that he be provided with a copy of the docket sheet associated with his case (Dkt. No. 184). The Court grants this request and hereby directs the Clerk of Court to send the defendant one copy of this docket sheet associated with his case, 12-CR-790-01 (PAE), at the below address:

Raul Santana
33469-054
FCI Fort Fix
P.O. Box 2000
Joint Base MDL, NJ 08640

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 16, 2024
       New York, New York